IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FLUOR INTERCONTINENTAL, INC.,

    Plaintiff,

vs.

IAP WORLDWIDE SERVICES, INC. and READINESS MANAGEMENT SUPPORT, LC,

    Defendants/Third Party Plaintiffs,

vs.        CASE NO. 5:09cv331/RS-EMT

JOHNSON CONTROLS, INC.,

    Third Party Defendant.
_____/

## ORDER

The relief requested by the Joint Motion To Amend Scheduling Order (Doc. 79) is **granted**.

**ORDERED** on June 15, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**