IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FLUOR INTERCONTINENTAL, INC.,

    Plaintiff,

vs.

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT, LC,

    Defendants/Third Party Plaintiffs,

vs.        CASE NO. 5:09cv331/RS-EMT

JOHNSON CONTROLS, INC.,

    Third Party Defendant.
_____/

## ORDER

The relief requested by the Joint Motion To Schedule Deposition After June 29, 2010 Deadline (Doc. 88) is **granted**.

**ORDERED** on June 21, 2010.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**