# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

FLUOR INTERCONTINENTAL, INC.,
et. al.,

    Plaintiff,

vs.                                          CASE NO. 5:09cv331/RS-EMT

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,

    Defendants/Third Party Plaintiffs,

vs.

JOHNSON CONTROLS, INC.,

    Third Party Defendant.
_____/

## **ORDER**

The relief requested by Plaintiff's motion to withdraw as counsel (Doc. 106) is granted.

**ORDERED** on July 14, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**