# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

FLUOR INTERCONTINENTAL, INC.,
et. al.,

    Plaintiff,

vs.                            CASE NO. 5:09cv331/RS-EMT

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,

    Defendants/Third Party Plaintiffs,

vs.

JOHNSON CONTROLS, INC.,

    Third Party Defendant.
_____/

## ORDER

The relief requested by Defendant's consent motion to amend scheduling order (Doc. 111) is granted.

**ORDERED** on July 14, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**