IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FLUOR INTERCONTINENTAL, INC.,

    Plaintiff,

vs.

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT, LC,

    Defendants/Third Party Plaintiffs,

vs.                                            CASE NO. 5:09cv331/RS-EMT

JOHNSON CONTROLS, INC.,

    Third Party Defendant.
_____/

## ORDER

The filing of the report of the Special Master is extended and shall be filed not later than Wednesday, August 25, 2010.

**ORDERED** on August 20, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**