# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**FLUOR INTERCONTINENTAL, INC.,**
et. al.,

    Plaintiff,

vs.                             CASE NO. 5:09cv331/RS-EMT

**IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,**

    Defendants/Third Party Plaintiffs,

vs.

**JOHNSON CONTROLS, INC.,**

    Third Party Defendant.
_____/

## ORDER

Plaintiff's motions in limine (Doc. 151 and Doc. 152) are **denied.**

**ORDERED** on August 31, 2010.

                          <u>/S/ Richard Smoak</u>
                          **RICHARD SMOAK
                          UNITED STATES DISTRICT JUDGE**