IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FLUOR INTERCONTINENTAL, INC.,**
et. al.,

    Plaintiff,

vs.                                     CASE NO. 5:09cv331/RS-EMT

**IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,**

    **Defendants/Third Party Plaintiffs,**

vs.

**JOHNSON CONTROLS, INC.,**

    **Third Party Defendant.**
_____/

## ORDER

Defendants' motions in limine (Doc. 153, Doc. 155, Doc. 156, Doc. 157, Doc. 158, Doc. 159, and Doc. 160) are **denied**.

**ORDERED** on August 31, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE**