**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**FLUOR INTERCONTINENTAL, INC.,**
et. al.,

    **Plaintiff,**

vs.                                          **CASE NO. 5:09cv331/RS-EMT**

**IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,**

    **Defendants/Third Party Plaintiffs,**

vs.

**JOHNSON CONTROLS, INC.,**

    **Third Party Defendant.**
_____/

## **ORDER**

Pursuant to Fed. R. Civ. P. 53(f)(2), the parties shall file any objections to the Special Master's report (Doc. 170) not later than September 8, 2010, at 12:00 P.M. C.S.T.

**ORDERED** on September 1, 2010.

                                        <u>/S/ Richard Smoak</u>
                                        **RICHARD SMOAK
                                        UNITED STATES DISTRICT JUDGE**