IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FLUOR INTERCONTINENTAL,
INC.,

    Plaintiff,

vs.

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,
    Defendants/Third Party Plaintiffs,

vs.                                                  CASE NO. 5:09cv331/RS-EMT

JOHNSON CONTROLS, INC.,

    Third Party Defendant.
_____/

## **ORDER**

    Before me is the Notice Of Settlement (Doc. 196). Pursuant to Local Rule 16.2(D), it is ordered:

    1.    This case is dismissed from the active docket of the court.

    2.    In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

    3.    The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is directed to close the case in its entirety for all purposes.

4. The Consent Motion To Amend The Pretrial Stipulation (Doc. 195) is denied as moot.

**ORDERED** on September 13, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**