**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


FLUOR INTERCONTINENTAL,
INC.,

      Plaintiff,

vs.

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,
         Defendants/Third Party Plaintiffs,

vs.                              CASE NO. 5:09cv331/RS-EMT

JOHNSON CONTROLS, INC.,

      Third Party Defendant.
_____/


## ORDER

The Order dated September 13, 2010, (Doc. 198) is **vacated**.


**ORDERED** on September 16, 2010.


/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**