IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FLUOR INTERCONTINENTAL,
INC.,

    Plaintiff,

vs.

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,
    Defendants/Third-Party Plaintiffs,

vs.                                                     CASE NO. 5:09cv331/RS-EMT

JOHNSON CONTROLS, INC.,

    Third-Party Defendant.
_____/

## ORDER

Before me is the Notice Of Settlement (Doc. 196).

**IT IS ORDERED:**

1.     The claims of Plaintiff Fluor Intercontinental, Inc. against Defendants, IAP Worldwide Services, Inc. and Readiness Management Support, LC, are dismissed.

2.     The claims of Third-Party Plaintiffs, IAP Worldwide Services, Inc. and Readiness Management Support, LC, against Third-Party Defendant Johnson Controls, Inc., remain.

**ORDERED** on September 16, 2010.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**