**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


FLUOR INTERCONTINENTAL,
INC.,

       Plaintiff,

vs.

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,

          Defendants/Third Party Plaintiffs,

vs.                           CASE NO. 5:09cv331/RS-EMT

JOHNSON CONTROLS, INC.,

       Third Party Defendant.
_____/


<u>**ORDER**</u>

Before me is the Stipulated Dismissal With Prejudice (Doc. 210).

**IT IS ORDERED:**

1.      This case is dismissed with prejudice.

2.      The clerk is directed to close the file.


**ORDERED** on November 16, 2010.


       /S/ Richard Smoak
       _____
       **RICHARD SMOAK**
       **UNITED STATES DISTRICT JUDGE**