# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**FLUOR INTERCONTINENTAL, INC.,**
et. al.,

    Plaintiff,

vs.                                                CASE NO. 5:09cv331/RS-EMT

**IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,**

    Defendants/Third Party Plaintiffs,

vs.

**JOHNSON CONTROLS, INC.,**

    Third Party Defendant.
_____/

## ORDER

The order dated November 16, 2010, (Doc. 213) is vacated.


**ORDERED** on November 16, 2010.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**