# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**FLUOR INTERCONTINENTAL, INC.,**
et. al.,

    **Plaintiff,**

vs.                                      CASE NO. 5:09cv331/RS-EMT

**IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,**

    **Defendants/Third Party Plaintiffs,**

vs.

**JOHNSON CONTROLS, INC.,**

    **Third Party Defendant.**
_____/

## ORDER

Before me is the stipulation of dismissal with prejudice (Doc. 210).

**IT IS ORDERED:**

    1.    The claims of Plaintiff Fluor Intercontinental, Inc. against Defendants, IAP Worldwide Services, Inc. and Readiness Management Support, LC, are dismissed.

2. The claims of Third-Party Plaintiffs, IAP Worldwide Services, Inc. and Readiness Management Support, LC, against Third-Party Defendant Johnson Controls, Inc., remain.

**ORDERED** on November 16, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**