IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IAP WORLDWIDE SERVICES, INC. and
READINESS MANAGEMENT SUPPORT,
LC,
    Third Party Plaintiffs,

vs.     CASE NO. 5:09cv331/RS-EMT

JOHNSON CONTROLS, INC.,

    Third Party Defendant.
_____/

## ORDER

Defendant's Motion To Dismiss Third-Party Plaintiffs' First Amended Complaint (Doc. 229) is **denied**.

**ORDERED** on February 14, 2011.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**